IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

JENNY R RODRIGUEZ

XXX-XX-3872

Debtor(s)

CASE NO. 09-10091 SEK

Chapter 13

FILED & ENTERED ON 06/15/2010

ORDER

Debtor's objection to claim 7 filed by HSBC Bank Nevada filed on 05/13/2010 (Docket No. 26) is GRANTED. Claim allowed as General unsecured.

SO ORDERED.

In San Juan, Puerto Rico, this June 15, 2010.

Sara E. De Jesús Kellogg
U.S. Bankruptcy Judge

c: DEBTOR (S)
VICTOR THOMAS SANTIAGO
ALEJANDRO OLIVERAS RIVERA
HSBC BANK NEVADA